STATE v. HANFORD and STATE v. MARTINDALE
    No. 73 PC.

    Case below: 16 N.C. App. 353.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 13 December 1972.

STATE v. HIGGENS
    No. 87 PC.

    Case below: 16 N.C. App. 434.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

STATE v. JEFFERIES
    No. 88 PC.

    Case below: 16 N.C. App. 235.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

STATE v. JENNINGS
    No. 79 PC.

    Case below: 16 N.C. App. 205.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972. Motion of Attorney General to dismiss appeal allowed 5 December 1972.

STATE v. LASSITER
    No. 94 PC.

    Case below: 16 N.C. App. 377.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.